**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-4652**

---

UNITED STATES OF AMERICA,

 Plaintiff - Appellee,

 versus

ALBERT M. MCDOWELL, JR.,

 Defendant - Appellant.

---

Appeal from the United States District Court for the Western District of Virginia, at Abingdon. Glen M. Williams, Senior District Judge. (CR-97-45-A)

---

Submitted: June 29, 1999          Decided: July 15, 1999

---

Before HAMILTON, LUTTIG, and KING, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Joseph Franklin Dene, DENE & DENE, Abingdon, Virginia, for Appellant. Robert P. Crouch, Jr., United States Attorney, Rick A. Mountcastle, Assistant United States Attorney, Abingdon, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Albert M. McDowell, Jr., appeals his conviction and sentence for being a felon in possession of a firearm, in violation of 18 U.S.C.A. § 922(g)(1) (West Supp. 1999). The district court properly included McDowell's 1974 and 1976 state convictions as predicate offenses under 18 U.S.C.A. § 924(e) (West Supp. 1999), and thus properly sentenced McDowell as a career offender. See 18 U.S.C.A. § 921(a)(20) (West Supp. 1999); United States v. O'Neal, ___ F.3d ___, No. 96-4188, 1999 WL 351147 (4th Cir. June 2, 1999); United States v. Hairston, 71 F.3d 115, 117-18 (4th Cir. 1995). The district court likewise did not abuse its discretion in admitting evidence of McDowell's Mississippi arrest involving possession of a handgun. See United States v. Queen, 132 F.3d 991, 995-97 (4th Cir. 1997), cert. denied, 118 S. Ct. 1572 (1998); Fed. R. Evid. 404(b).

We affirm McDowell's conviction and sentence. We dispense with oral argument because the facts and legal contentions are adequately set forth in the materials before the court and argument would not aid the decisional process.

AFFIRMED